SBA Chambers FILED
RECEIVED OCT 09 2007
OCT - 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1  MIAO XUE
   Pro Se
2  34302 Quartz Terrace
   Fremont, California 94555
3  (510) 676-2054

4              UNITED STATES DISTRICT COURT

5              NORTHERN DISTRICT OF CALIFORNIA

6              OAKLAND DIVISION

7
   MIAO XUE,                              )   No. C07-03558 SBA
8                                         )
               Plaintiff,                 )
9                                         )
         v.                               )
10                                        )
   MICHAEL CHERTOFF, Secretary of the     )   STIPULATION TO DISMISS; PROPOSED
11 Department of Homeland Security; EMILIO)   ORDER
   T. GONZALEZ, Director of the U.S.      )
12 Citizenship and Immigration Services;  )
   ROSEMARY MELVILLE, District Director   )
13 U.S. Citizenship and Immigration Services,)
   San Francisco District Office;         )
14 ROBERT S. MUELLER, III, Director of    )
   Federal Bureau of Investigation,       )
15                                        )
               Defendants.                )
16 _____)

17

18       Plaintiff, Pro Se, and Defendants, by and through their attorneys of record, hereby stipulate,

19 subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in

20 light of the fact that the United States Citizenship and Immigration Services has approved Plaintiff's

21 application for adjustment of status.

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATED DISMISSAL
C 07-03558 SBA

1 | The parties shall bear their own costs and fees.

2

3 | Date: October 3, 2007                    Respectfully submitted,

4 |                                          _____
                                             MIAO XUE
5 |                                          Pro Se

6

7 | Date: October 3, 20007                   SCOTT N. SCHOOLS
                                             United States Attorney

8 |                                          _____
                                             MELANIE L. PROCTOR
9 |                                          Assistant United States Attorney
10|                                          Attorneys for Defendants

11

12|                              **ORDER**

   Pursuant to stipulation, IT IS SO ORDERED. The Case Management Conference is
13
   VACATED. The case is DISMISSED.
14

15| Date:  10-5-07                           _____
16|                                          SAUNDRA B. ARMSTRONG
                                             United States District Judge
17

---

STIPULATED DISMISSAL
C 07-03558 SBA                     2